IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SANDISK CORP.,

                    Plaintiff,

v.

PHISON ELECTRONICS CORP., *et al.*,

                    Defendants.

ORDER

3:07-cv-605-bbc
3:07-cv-607-bbc

---

      In order to start this case off on the right foot, it is ORDERED that each defendant may have until January 22, 2008 within which to file and serve its answer or other response to plaintiff's complaint. There shall be no extensions of this deadline.

      Entered this 4th day of December, 2007.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge