IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corp.<br><br>    *Plaintiff*,<br><br>vs.<br><br>Phison Electronics Corp., Silicon Motion Technology Corp., Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion International, Inc., Synergistic Sales, Inc., USBest Technology, Inc., Skymedi Corp., Zotek Electronic Co., Ltd., Zodata Technology Ltd., Infotech Logistic LLC, Power Quotient International Co., Ltd, PQI Corp., PNY Technologies, Inc., Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., MemoSun, Inc., Buffalo, Inc., Melco Holdings, Inc., Buffalo Technology (USA) Inc., Verbatim Corp., Transcend Information Inc. (Taiwan), Transcend Information Inc. (California, U.S.A.), Transcend Information Maryland, Inc., A-Data Technology Co., Ltd., A-Data Technology (USA) Co., Ltd., Apacer Technology Inc., Apacer Memory America, Inc., Acer, Inc., Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Dane-Elec Memory S.A., and Dane-Elec Corp. USA<br><br>    *Defendants*. | Civil Action No.: 07-C-0605-C<br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF SANDISK CORP.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF SYNERGISTIC SALES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SanDisk Corp. ("SanDisk") files this Notice of Dismissal Without Prejudice of Defendant Synergistic Sales, Inc. ("Synergistic") and respectfully states as follows:

1.    On October 24, 2007, SanDisk filed its Complaint for patent infringement with this Court, alleging that Synergistic infringes United States Patent No. 6,149,316 and United States Patent No. 6,757,842.

2.    Synergistic has not served either an answer to SanDisk's Complaint or a motion for summary judgment.

3. On information and belief, Synergistic is a distributor for defendant Silicon Motion, Inc. On information and belief, defendant Silicon Motion, Inc. makes accused flash memory controllers and flash memory products, and also makes other products, which are not accused in this matter.

4. Synergistic has represented to SanDisk that Synergistic has not, does not, and will not in the future make, sell, offer for sale, or use any accused flash memory controllers or flash memory drives containing accused flash memory controllers, and has not, does not, and will not in the future, induce or contribute to any alleged infringement by such products.

5. In light of and in reliance on these representations, SanDisk does not wish to pursue the above referenced matter against Synergistic at this time. Accordingly, SanDisk hereby dismisses Synergistic from the above referenced action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

6. This Notice of Dismissal Without Prejudice of Defendant Synergistic Sales, Inc. shall not serve to operate as a dismissal of any other party named as a defendant in this action.

DATED this 16th day of January, 2008        RESPECTFULLY SUBMITTED BY

MICHAEL BEST & FRIEDRICH LLP

By: /s/ Michael Hughes
James R. Troupis
Carlo M. Cotrone
Michael A. Hughes
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

Of Counsel:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Ron E. Shulman
Michael A. Ladra
James C. Yoon
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiff
SanDisk Corporation