IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation,<br><br>Plaintiff,<br>vs.<br>Phison Electronics Corp., et al.,<br>Defendants. | Civil Action No.:  07-C-0607-C |

# VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF COMPLAINT AGAINST CORSAIR MEMORY, INC. PURSUANT TO RULE 41(a)(1)(A)(i), FED. RULES CIV. P.

Whereas Corsair has informed SanDisk that it will not import into the United States, sell for importation into the United States, or sell or offer for sale in the United States after importation, or knowingly aid, abet, encourage, participate in, or induce importation into the United States, the sale for importation into the United States, or the sale, offer for sale, or use in the United States after importation, accused defendants' flash memory controllers, drives, memory cards, and media players and products containing same, except under consent or license from SanDisk, it successors, licensees, or assigns or unless and until the Court or another court or agency of competent jurisdiction renders a final non-appealable decision that the asserted patent claims are invalid or unenforceable, and with the exception of flash memory controllers, drives, memory cards, and media players and products containing same that SanDisk has accused in this law suit that this Court or another court or agency of competent jurisdiction determines in a final, non-appealable judgement do not infringe the asserted patent claims,

And whereas Corsair has not served an answer or a motion for summary judgment,

Plaintiff SanDisk Corporation ("SanDisk"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the Complaint and all causes of action as against Defendant Corsair Memory, Inc. ("Corsair") in the manner described below and without costs.

SanDisk and Corsair hereby stipulate and consent as follows:

1. This Court has jurisdiction over the subject matter and over SanDisk and Corsair, and venue is proper in this District.

2. With respect to products sold on or before September 30, 2008, SanDisk dismisses its asserted claims for patent infringement with prejudice. All other claims are dismissed without prejudice.

3. Except as noted below, with respect to SanDisk activities on or before September 30, 2008, Corsair dismisses its claims with prejudice.

4. With respect to any patent defense of non-infringement, invalidity and/or unenforceability, Corsair dismisses its claims without prejudice. Corsair, however, agrees that it will only assert such defenses in the event that it is sued by SanDisk for patent infringement by products sold after September 30, 2008.

5. SanDisk and Corsair shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

DATED: August 29, 2008   HELLER EHRMAN LLP

By: _____
David L. Anstaett

Attorneys for Corsair Memory Inc.

DATED: 9/4, 2008   WILSON, SONSINI, GOODRICH & ROSATI

By: _____
Julie M. Holloway

Attorneys for SanDisk Corporation