# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Nos.: 07-C-0605-C and |
| v. ) | 07-C-0607-C |
| ) | |
| Phison Electronics Corp., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION REGARDING CROSS-USE OF DISCOVERY

Plaintiff SanDisk Corporation ("SanDisk") and Defendants Phison Electronics Corp., Kingston Technology Co., Inc., Kingston Technology Corp., MemoSun, Inc., Payton Technology Corp., Silicon Motion Inc. (Taiwan), Silicon Motion International, Inc., Silicon Motion Technology Corp., Silicon Motion, Inc. (California), Apacer Technology, Inc., Apacer Memory America, Inc., Transcend Information Maryland, Inc., Transcend Information, Inc. (California), Transcend Information, Inc. (Taiwan), Skymedi Corp., ITE Technologies Inc. (f/k/a Afa Technology, Inc.f/k/a USBest Technology, Inc.), Chipsbank Microelectronics Co., Ltd., Chipsbank Technology (Shenzhen) Co., Ltd., Chipsbrand Microelectronics (HK) Co., Ltd., A-Data Technology (USA) Co., Ltd., A-Data Technology Co., Ltd., Power Quotient International Co., Ltd., PQI Corp., Dane Elec Corp. USA, Dane-Elec Memory S.A., LG Electronics U.S.A., Inc., LG Electronics, Inc., Imation Corp., Imation Enterprises Corp., Memorex Products, Inc., Buffalo Technology (USA), Buffalo, Inc., Melco Holdings, Inc., (collectively, "Stipulating Defendants"), by and through their respective undersigned counsel, hereby stipulate that:

1.      SanDisk and the Stipulating Defendants may use in the above-captioned lawsuit any discovery or evidence produced by or belonging to SanDisk and/or the Stipulating Defendants,

including but not limited to any produced document, interrogatory response, response to request for admissions, and/or deposition and hearing testimony from ITC Inv. No. 337-TA-619, *In re Certain Flash Memory Controllers, Drives, Memory Cards, and Media Players and Products Containing Same* (hereafter "the ITC Investigation"), as if that discovery or evidence had been provided in this lawsuit. Neither SanDisk nor any of the Stipulating Defendants may re-use any document or other information produced by and/or belonging to non-parties to the ITC Investigation without the express consent of such third parties.

2. SanDisk and the Stipulating Defendants agree that any discovery or evidence from the ITC Investigation re-used in this action need not be returned or destroyed as required under paragraph 14 of the Protective Order in the ITC Investigation. The disposition of any re-used documents or evidence shall now be governed by paragraph 19 of the Stipulated Protective Order entered in this action.

3. Any document or information from the ITC Investigation which was designated as "CONFIDENTIAL BUSINESS INFORMATION" in the ITC Investigation shall carry that same designation in this lawsuit and shall be treated as "CONFIDENTIAL BUSINESS INFORMATION," in conformance with the terms of the Stipulated Protective Order;

4. The re-use of any document or information from the ITC Investigation as stipulated above by any party is for discovery purposes only and does not preclude either party from challenging the admissibility of the re-used document or information pursuant to the Federal Rules of Evidence.

AGREED.

DATE: December 9, 2009

**KINGSTON TECHNOLOGY CO., INC., KINGSTON TECHNOLOGY CORP., PAYTON TECHNOLOGY CORP., PHISON ELECTRONICS CORP., and MEMOSUN, INC.**

  /s/ Eugenia G. Carter
Eugenia G. Carter
Anthony J. Sievert
WHYTE HIRSCHBOECK DUDEK S.C.
33 East Main Street, Suite 300
Madison, WI 53703-4655
Tel:: (608) 255-4440    Fax: (608) 258-7138
Email:  gcarter@whdlaw.com

David M. Barkan
Thomas B. Manuel
FISH & RICHARDSON PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5065   Fax: (650) 839-5071
Email:  barkan@fr.com; manuel@fr.com

*Attorneys for Defendants Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., Phison Electronics Corp., And Memosun, Inc.*

| **A-DATA TECHNOLOGY CO., LTD., A-DATA TECHNOLOGY. (USA) LTD.; CHIPSBRAND MICROELECTRONICS (HK) CO., LTD., SHENZHEN CHIPSBANK TECHNOLOGIES CO., LTD., SHENZHEN CHIPSBANK MICROELECTRONICS CO., LTD.; SKYMEDI CORPORATION; POWER QUOTIENT INTERNATIONAL CO., LTD., PQI CORP. and ITE TECHNOLOGIES INC. (f/k/a AFA TECH f/k/a USBEST) .** | **APACER TECHNOLOGY, INC. and APACER MEMORY AMERICA, INC.** |
|---|---|
| __/s/ Maureen F. Browne_____<br>Maureen F. Browne<br>COVINGTON & BURLING, LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2401 | ____/s/ Christopher A. Brown_____<br>Christopher A. Brown<br>WOODARD, EMHARDT, MORIARTY, McNETT, & HENRY LLP<br>111 Monument Circle, Suite 3700 |

Tel: (202) 662-6000   Fax: (202) 662-6291
Email: Mbrowne@Cov.Com

Catherine Cetrangolo
BOARDMAN LAW FIRM
One South Pinckney Street, Fourth Floor
Madison, WI 53701-0927
Tel: (608) 283-1703   Fax: (608) 283-1709
Email:
(Ccetrangolo@Boardmanlawfirm.Com)

**LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.**

　　/s/ Jane C. Schlicht
Jane Schlicht
COOK & FRANKE S.C.
600 E. Mason Street
Milwaukee, WI 53202
Tel: (414) 271-5900   Fax: (414) 271-2002
Email: schlicht@cf-law.com

Peter Kang
Duy Nguyen
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1522
Tel: (415) 772-1200   Fax: (415) 772-7400
Email: pkang@sidley.com;
ddnguyen@sidley.com

Theodore W. Chandler
SIDLEY AUSTIN LLP
555 West Fifth St., Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-5830   Fax: (213) 896-6600
Email: tchandler@sidley.com

Brian B. Koo
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000   Fax: (202) 736-8711
Email: bkoo@sidley.com

Indianapolis, IN 46204-5137
Tel: (317)634-3456   Fax: (317)637-7561
Email: cabrown@uspatent.com

Jane Schlicht
COOK & FRANKE S.C.
600 E. Mason Street
Milwaukee, WI 53202
Tel: (414) 271-5900   Fax: (414) 271-2002
Email: schlicht@cf-law.com

**IMATION CORP., IMATION ENTERPRISES CORP. and MEMOREX PRODUCTS, INC.**

　　/s/ Lester A. Pines
Lester A. Pines
CULLEN WESTON PINES & BACH LLP
122 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Tel: (608) 251-0101   Fax:(608) 251-2883
Email: pines@cwpb.com

Ronald J. Schutz
Richard M. Martinez
Mathew J. Yang
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: (612) 349-8500   Fax: (612) 339-4181
Email**:** rjschutz@rkmc.com;
rmmartinez@rkmc.com;
aslaughter@rkmc.com

| | |
|---|---|
| **MELCO HOLDINGS, INC., BUFFALO, INC., and BUFFALO TECHNOLOGY (USA), INC.** | **TRANSCEND INFORMATION INC. (TAIWAN), TRANSCEND INFORMATION INC. (CALIFORNIA), TRANSCEND INFORMATION MARYLAND INC., SILICON MOTION INC. (TAIWAN), SILICON MOTION, INC. (CALIFORNIA), SILICON MOTION TECHNOLOGY CORP., and SILICON MOTION INTERNATIONAL, INC.** |
| /s/ Valerie L. Bailey-Rihn<br>Valerie L. Bailey-Rihn<br>Josephine K. Benkers<br>Andrew M. Norman<br>QUARLES & BRADY LLP<br>33 East Main STREET, Suite 900<br>Madison, WI 53703<br>Tel: (608) 251-5000  Fax: (608) 251-9166<br>Email: val.bailey@quarles.com<br><br>Richard D. Kelly<br>Robert C. Mattson<br>Takahiro Miura<br>Frank J. West<br>OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, L.L.P.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Tel: (703) 413-3000  Fax: (703) 413-2220<br>Email: rkelly@oblon.com;<br>rmattson@oblon.com; tmiura@oblon.com;<br>fwest@oblon.com | /s/ Michael J. Bettinger<br>Michael J. Bettinger<br>Chien-Wei Chou<br>Elaine Y. Chow<br>Deirdre M. Digrande<br>K&L Gates LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>Email: mike.bettinger@klgates.com;<br>chris.chou@klgates.com;<br>elaine.chow@klgates.com;<br>deirdre.digrande@klgates.com<br><br>Jane Schlicht<br>COOK & FRANKE S.C.<br>600 E. Mason Street<br>Milwaukee, WI 53202<br>Tel: (414) 271-5900<br>Fax: (414) 271-2002<br>Email: schlicht@cf-law.com |
| **DANE-ELEC CORP. USA, DANE-ELEC MEMORY S.A.** | |
| /s/ Jeffrey G. Jacobs<br>Jeffrey G. Jacobs<br>DANE-ELEC CORP. USA<br>Irvine, Suite 100<br>Irvine, CA 92618<br>Tel: (949) 450-2968  Fax: (949) 450-9368<br>Email: jeffj@dane-memory.com | |

WHD/6836307.1

5

DATE: December 9, 2009

By:   /s/ Allen A. Arntsen
Allen A. Arntsen (WBN 1015038)
Jeffrey A. Simmons (WBN 1031984)
**FOLEY & LARDNER LLP**
150 E. Gilman Street
Madison, WI 53703-1481
P.O. Box 1497
Madison, WI 53701-1497
Telephone: (608) 257-5035
Facsimile: (608) 258-4258

Of Counsel:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Ron E. Shulman
Michael A. Ladra
James C. Yoon
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Plaintiff SanDisk Corporation*