IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SANDISK CORPORATION,

                ORDER

        Plaintiff,

              07-cv-605-bbc

    v.

PHISON ELECTRONICS CORP.,
SILICON MOTION TECHNOLOGY CORP.,
SILICON MOTION, INC. (TAIWAN), SILICON
MOTION, INC. (CALIFORNIA), SILICON
MOTION INTERNATIONAL, INC.
USBEST TECHNOLOGY, INC.,
SKYMEDI CORP., ZOTEC ELECTRONICS
CO., LTD., ZODATA TECHNOLOGY LTD,
POWER QUOTIENT INTERNATIONAL
CO., LTD., PQI CORP., KINGSTON
TECHNOLOGY CO., INC.,KINGSTON
TECHNOLOGY CORP., PAYTON
TECHNOLOGY CORP., MEMOSUN, INC.,
BUFFALO, INC., MELCO HOLDINGS, INC.,
BUFFALO TECHNOLOGY (USA), INC.,
VERBATIM CORP., TRANSCEND
INFORMATION INC. (TAIWAN),
TRANSCEND INFORMATION INC.
(CALIFORNIA, U.S.A.), TRANSCEND
INFORMATION MARYLAND, INC., A-DATA
TECHNOLOGY CO., LTD.,  A-DATA
TECHNOLOGY (USA) CO., LTD., APACER
TECHNOLOGY INC.,  APACER MEMORY
COMPUTER CORP., BEHAVIOR TECH
COMPUTER USA CORP., DANE-ELEC

1


MEMORY, S.A., and DANE-ELECT CORP. USA,

                Defendants.

-------------------------------------------------------------------------------------------------------------------------

SANDISK CORPORATION,

                Plaintiff,

                                  07-cv-607-bbc

      v.


PHISON ELECTRONICS CORP.,
SILICON MOTION TECHNOLOGY CORP.,
SILICON MOTION, INC. (TAIWAN), SILICON
MOTION, INC. (CALIFORNIA), SILICON
MOTION INTERNATIONAL, INC. USBEST
TECHNOLOGY, INC.,SKYMEDI CORP.,
CHIPSBRAND MICROELECTRONICS (HK) CO.,
LTD., CHIPSBANK TECHNOLOGY (SHENZHEN)
CO., LTD.,CHIPSBANK MICROELECTRONICS,
CO., LTD., ZOTEC ELECTRONICS
CO., LTD., ZODATA TECHNOLOGY LTD.,
POWER QUOTIENT INTERNATIONAL
CO., LTD., PQI CORP., KINGSTON
TECHNOLOGY CO., INC.,KINGSTON
TECHNOLOGY CORP., PAYTON
TECHNOLOGY CORP., MEMOSUN, INC.,
BUFFALO, INC., MELCO HOLDINGS, INC.,
BUFFALO TECHNOLOGY (USA), INC.,
VERBATIM CORP., TRANSCEND
INFORMATION INC. (TAIWAN),
TRANSCEND INFORMATION INC.
(CALIFORNIA, U.S.A.), TRANSCEND
INFORMATION MARYLAND, INC. IMATION
CORP., IMATION ENTERPRISES CORP.,
MEMOREX PRODUCTS, INC., ADD-ON

2

TECHNOLOGY CO., A-DATA TECHNOLOGY
CO., LTD., A-DATA TECHNOLOGY (USA)
CO., LTD., APACER TECHNOLOGY INC.,
APACER MEMORY AMERICA, INC.,
BEHAVIOR TECH COMPUTER CORP.,
BEHAVIOR TECH COMPUTER USA CORP.,
DANE-ELEC MEMORY, S.A., DANE-ELECT CORP.
USA, LG ELECTRONICS, INC., LG ELECTRONICS
U.S.A., INC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Plaintiff SanDisk has advised the court that it does not oppose the motions to dismiss for lack of personal jurisdiction filed in these cases by defendants Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Dane-Elec Memory S.A., LG Electronics, Inc., LG Electronics U.S.A., Inc., Power Quotient International Co., Ltd. and PQI Corp.

Accordingly the motions are GRANTED and the complaints are DISMISSED against these defendants.

Entered this 31st day of December, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge