IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SanDisk Corporation,

    Plaintiff,

v.

Phison Electronics Corp., et al.

    Defendants.

Civil Action Nos.: 07-C-0605-C and
07-C-0607-C

**VOLUNTARY DISMISSAL OF SILICON MOTION, INC. (TAIWAN), SILICON MOTION, INC. (CALIFORNIA), SILICON MOTION TECHNOLOGY CORP., AND SILICON MOTION INTERNATIONAL, INC. WITHOUT PREJUDICE AND WITHOUT COSTS AND [PROPOSED] ORDER PURSUANT TO RULE 41(a)(2), FED. RULES CIV. P.**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff SanDisk Corporation ("SanDisk") hereby requests that this Court dismiss without prejudice the Complaints and all causes of action as against Defendants Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion Technology Corp., and Silicon Motion International, Inc. (collectively, "SMI"), in light of a settlement between the parties.

*Whereas*: (1) SMI has answered the Complaints, and (2) SMI has not asserted any Counterclaims, and (3) SMI has a pending motion to dismiss based on lack of personal jurisdiction under Fed. Rules Civ. P. 12(b)(2), the parties to this action through their designated counsel hereby stipulate to the following, and request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court enter an Order thereon:

1.    All of SanDisk's claims against SMI as to Civil Actions Nos. 07-C-0605 and 07-C-0607 are dismissed without prejudice.

2.    The parties shall bear their own costs and attorneys' fees.

Entered this _4th_ day of February, 2010

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
District Judge