IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation,<br><br>       Plaintiff,<br>v.<br><br>Phison Electronics Corp., et al.<br><br>       Defendants. | Civil Action Nos.: 07-C-0605-C and<br>07-C-0607-C |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT
PREJUDICE OF SKYMEDI**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SanDisk Corp. ("SanDisk") files this Notice of Dismissal Without Prejudice of Defendant Skymedi Corp. ("Skymedi") and respectfully states as follows:

    1.    On October 24, 2007, SanDisk filed its Complaints for patent infringement in the above actions.

    2.    As of this date, Skymedi has neither answered SanDisk's Complaints nor filed a motion for summary judgment.

    3.    SanDisk and Skymedi have reached a settlement agreement in the above actions. Accordingly, SanDisk hereby dismisses Skymedi from the above referenced actions without prejudice.

Dated: February 12, 2010

                                                        WILSON SONSINI GOODRICH & ROSATI

                              By: /s/Ryan R. Smith
                                    Ryan R. Smith
                                    650 Page Mill Road
                                    Palo Alto, CA 94304
                                    Tel: (650) 493-9300
                                    Fax: (650) 493-6811

                                    Attorneys for Plaintiff
                                    SanDisk Corporation