IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Nos.: 07-C-0605-C and |
| | ) 07-C-0607-C |
| Phison Electronics Corp., et al. | ) |
| Defendants. | ) |

**VOLUNTARY DISMISSAL OF A-DATA TECHNOLOGY CO., LTD., A-DATA TECHNOLOGY (USA) CO., LTD. WITHOUT PREJUDICE AND WITHOUT COSTS AND [PROPOSED] ORDER PURSUANT TO RULE 41(a)(2), FED. RULES CIV. P.**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff SanDisk Corporation ("SanDisk") hereby requests that this Court dismiss without prejudice the Complaints and all causes of action as against Defendants A-DATA Technology Co., Ltd. and A-DATA Technology (USA) Co., Ltd. (collectively, "A-DATA").

*Whereas*: (1) A-DATA has answered the Complaints, (2) A-DATA has not asserted any Counterclaims, and (3) A-DATA is now a customer of SanDisk, the parties to this action through their designated counsel hereby stipulate to the following, and request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court enter an Order thereon:

1. All of SanDisk's claims against A-DATA as to Civil Actions Nos. 07-C-0605 and 07-C-0607 are dismissed without prejudice.

2. The parties shall bear their own costs and attorneys' fees.

Entered this _4th_ day of March, 2010

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
District Judge