DOCKET #
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR - 8 2010

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SanDisk Corporation,               )
                                   )
          Plaintiff,               )
                                   )   Civil Action Nos.:   07-C-0605-C and
     v.                            )                        07-C-0607-C
                                   )
Phison Electronics Corp., et al.   )
                                   )
          Defendants.              )

### VOLUNTARY DISMISSAL OF TRANSCEND INFORMATION INC. (TAIWAN), TRANSCEND INFORMATION INC. (CALIFORNIA), AND TRANSCEND INFORMATION MARYLAND, INC. WITHOUT PREJUDICE AND WITHOUT COSTS AND [PROPOSED] ORDER PURSUANT TO RULE 41(a)(2), FED. RULES CIV. P.

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff SanDisk Corporation ("SanDisk") hereby requests that this Court dismiss without prejudice the Complaints and all causes of action as between SanDisk and Defendants Transcend Information Inc. (Taiwan), Transcend Information Inc. (California), and Transcend Information Maryland, Inc. (collectively, "Transcend").

*Whereas*: (1) Transcend has answered the Complaints, (2) Transcend has asserted Counterclaims against SanDisk, (3) SanDisk has answered Transcend's Counterclaims, and (4) Transcend is now a customer of SanDisk, the parties to this action through their designated counsel hereby stipulate to the following, and request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court enter an Order thereon:

1.      All of SanDisk's claims against Transcend as to Civil Actions Nos. 07-C-0605 and 07-C-0607 are dismissed without prejudice.

2.      All of Transcend's counterclaims against SanDisk as to Civil Actions Nos. 07-C-0605 and 07-C-0607 are dismissed without prejudice.

3.      The parties shall bear their own costs and attorneys' fees.

Entered this _____ 8th _____ day of March, 2010

BY THE COURT:

*Barbara B Crabb*

BARBARA B. CRABB
District Judge

DATE: March 5, 2010                              RESPECTFULLY SUBMITTED,

| TRANSCEND INFORMATION INC. (TAIWAN), TRANSCEND INFORMATION INC. (CALIFORNIA), AND TRANSCEND INFORMATION MARYLAND, INC. | SANDISK CORPORATION |
|---|---|
| /s/ Elaine Y. Chow<br>K&L GATES LLP<br>Elaine Y. Chow<br>Deirdre M. Digrande<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>Email:  elaine.chow@klgates.com;<br>deirdre.digrande@klgates.com | /s/ James C. Yoon<br>WILSON SONSINI GOODRICH & ROSATI<br>Michael A. Ladra<br>James C. Yoon<br>Ryan R. Smith<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:  (650) 493-9300<br>Email:  jyoon@wsgr.com |