UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SANDISK CORP.,

    Plaintiff,

vs.

PHISON ELECTRONICS CORP., et al.,

    Defendant.

Civil Action No. 07-C-0605-C and
07-C-0607-C

---

ORDER

---

Pursuant to 28 U.S.C. § 1659(b), the undersigned hereby orders the complete record of the proceedings before the United States International Trade Commission in investigation no. 337-TA-619 be transmitted to the United States District Court of the Western District of Wisconsin, Civil Action 07-C-0607-C. This action was stayed by the undersigned pursuant to 28 U.S.C. § 1659(a) on January 28, 2008 in response to the institution of investigation no. 619. The stay was lifted on November 13, 2009.

Entered this 11th day of March, 2010,

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge
Western District of Wisconsin