IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Phison Electronics Corp., et al.,<br><br>    Defendants. | Case No. 07-C-0605-C<br><br>Case No. 07-C-0607-C<br><br>[consolidated cases] |

**STIPULATION AND ORDER DISMISSING REMAINING CLAIMS FOR RELIEF**

    Plaintiff SanDisk Corporation ("SanDisk") has asserted patent infringement claims in its complaints against Kingston Technology Co., Inc. and Kingston Technology Corp. (collectively "Kingston"). On February 15, 2010, the Court issued a summary judgment decision that granted in part and denied in part summary judgment motions filed by SanDisk and Kingston. As a result of the Court's order, the only issues remaining for trial relate to products containing PS3006 Phison controller sold on or after October 24, 2007, and the validity and enforceability of U.S. Patent No. 6,763,424.

    Rather than continuing to litigate its remaining claim against Kingston products containing the Phison PS3006 controller, SanDisk agrees to dismiss its infringement claim, without prejudice to re-file, if, and only if, both (a) an appellate court reverses, remands, or vacates, in whole or in part, the Court's September 22, 2010 Claim Construction Order (D.I. 604)[1] or the Court's February 15, 2010 Order regarding summary judgment (D.I. 1035), and (b) the case is returned to the District Court for further proceedings.

---

[1] Docket entries in this pleading refer to Civ. Action No. 07-C-0605-C.

Kingston has pending counterclaims alleging invalidity and/or unenforceability of each of the SanDisk patents asserted in this action. Considering that as a result of the Court's order and the stipulation by SanDisk no infringement claims remain against Kingston products, Kingston voluntarily dismisses its claims without prejudice to re-file them in this case if, and only if, both (a) an appellate court reverses, remands, or vacates, in whole or in part, the Court's September 22, 2010 Claim Construction Order (D.I. 604) or the Court's February 15, 2010 Order regarding summary judgment (D.I. 1035), and (b) the case is returned to the District Court for further proceedings.

This Stipulation shall not in any way prejudice any parties' right to appeal this matter in whole or in part, including, but not limited to, an appeal of the Court's September 22, 2010 Claim Construction Order (D.I. 604) or the Court's February 15, 2010 Order regarding summary judgment (D.I. 1035). This stipulation also shall not in any way affect any pending assertion or defense in Civil Action 10-CV-00243.

Dated: February 17, 2011

/s/ James C. Yoon
James C. Yoon
Chul Pak
Lisa A. Davis
Ariana M. Chung-Han
Ryan R. Smith
Lisa K. Nguyen
Kirin K. Gill
WILSON SONSINI
  GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650-493-9300
Facsimile: 650-493-6811
Email: jyoon@wsgr.com

Respectfully Submitted,

/s/ Leeron G. Kalay
David Barkan
Leeron G. Kalay
Thomas B. Manuel
FISH & RICHARDSON PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5065
Facsimile: 650-839-5071
Email: barkan@fr.com; kalay@fr.com; manuel@fr.com

Allen A. Arntsen
FOLEY & LARDNER LLP
150 E. Gilman Street
Madison, WI 53703-1481
P.O. Box 1497
Madison, WI 53701-1497
Telephone: 608-257-5035
Facsimile: 608-258-4258

James R. Troupis
TROUPIS LAW OFFICE
7609 Elmwood Avenue, Suite 102
Middleton, WI 53562
Telephone: (608) 807-4096

John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One S. Pinckney St., Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: 608-257-3501
Facsimile: 608-283-2275

*Attorneys for Plaintiff*
*SANDISK CORPORATION*

S.J. Christine Yang
Law Offices of S. J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
Telephone: 714-641-4022
Facsimile:714-641-2082
Email:  cyang@sjclawpc.com

Eugenia G. Carter
WHYTE HIRSCHBOECK DUDEK S.C.
33 East Main Street, Suite 300
Madison, WI 53703-4655
Telephone: 608-255-4440
Facsimile: 608-258-7138
Email: gcarter@whdlaw.com

David M. Hoffman
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061
Telephone: 512-494-3644
Facsimile: 512-479-3944
Email: david.hoffman@bgllp.com

D. Bruce Hoffman
Amanda L. Wait
HUNTON & WILLIAMS LLP
1900 K St. NW
Washington, DC 20006
Telephone: 202-955-1619
Facsimile: 202-778-7423
Email: bhoffman@hunton.com;
await@hunton.com

*Attorneys for Defendants*
*KINGSTON TECHNOLOGY CO., INC.,*
*and KINGSTON TECHNOLOGY CORP.*

3

STIPULATION AND ORDER DISMISSING
REMAINING CLAIMS FOR RELIEF

**Attestation Clause Regarding Signatures**

I hereby attest that I have on file permission to sign for counsel indicated by a "conformed" signature (/s/) within this document.

*/s/ Leeron G. Kalay*
David Barkan

**So ORDERED and SIGNED this \_\_\_\_\_ day of February, 2011.**

_____

**BY THE COURT**

50761563.doc