IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SANDISK CORPORATION,

    Plaintiff,

v.

KINGSTON TECHNOLOGY CO., INC.,
KINGSTON TECHNOLOGY CORP.,
POWER QUOTIENT INTERNATIONAL CO., LTD.,
PQI CORP., BEHAVIOR TECH COMPUTER CORP.,
BEHAVIOR TECH COMPUTER USA CORP.,
DANE-ELEC MEMORY, S.A., LG ELECTRONICS,
INC., LG ELECTRONICS USA, INC. and ITE
TECHNOLOGIES, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case Nos. 07-cv-605-bbc
07-cv-607-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff SanDisk Corporation granting plaintiff's motion for summary judgment with respect to defendants Kingston Technology Co., Inc.'s and Kingston Technology Corp.'s defenses of lack of standing and with respect to plaintiff's claim that defendants contributorily infringed claims 20, 24, 28 and 30 of U.S. Patent No. 6,763,424 by selling products containing the Phison PS3006 controller. Judgment is entered in favor of defendants Kingston Technology Co., Inc. and Kingston Technology Corp. granting defendants' motion for summary judgment with respect to all of plaintiff's claims that defendants' products infringed the asserted claims of U.S. Patent Nos. 6,757,842 and 6,149,316 and claims 1, 3, 4, 8, 9 and 10 of the '424 patent; with respect to plaintiff's claims that defendants' products containing controllers other than the Phison PS3006 infringed claims 20, 24, 28 and 30 of the '424 patent; and with respect to plaintiff's request for post-filing damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing the complaint for lack of personal jurisdiction as to defendants Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Dane-Elec Memory, S.A., LG Electronics, Inc., LG Electronics USA, Inc., ITE Technologies, Inc., Power Quotient International Co., Ltd. and PQI Corp.

Approved as to form this  2d  day of March, 2010.

_____
Barbara B. Crabb
District Judge

_____          3/11/11
Peter Oppeneer                                          Date
Clerk of Court