IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDISK CORPORATION,

    Plaintiff,

v.

KINGSTON TECHNOLOGY CO., INC.,
KINGSTON TECHNOLOGY CORP.,
POWER QUOTIENT INTERNATIONAL CO., LTD.,
PQI CORP., BEHAVIOR TECH COMPUTER CORP.,
BEHAVIOR TECH COMPUTER USA CORP.,
DANE-ELEC MEMORY, S.A., LG ELECTRONICS,
INC., LG ELECTRONICS USA, INC. and ITE
TECHNOLOGIES, INC.,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case Nos. 07-cv-605-bbc
          07-cv-607-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff SanDisk Corporation granting plaintiff's motion for summary judgment with respect to defendants Kingston Technology Co., Inc.'s and Kingston Technology Corp.'s defense of lack of standing. Judgment is entered in favor of defendants Kingston Technology Co., Inc. and Kingston Technology Corp. granting defendants' motion for summary judgment with respect to all of plaintiff's claims that defendants' products infringed the asserted claims of U.S. Patent Nos. 6,757,842, 6,149,316 and 6,763,424; and with respect to plaintiff's request for pre-filing damages.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing the complaint for lack of personal jurisdiction as to defendants Behavior Tech Computer

Corp., Behavior Tech Computer USA Corp., Dane-Elec Memory, S.A., LG Electronics, Inc., LG Electronics USA, Inc., ITE Technologies, Inc., Power Quotient International Co., Ltd. and PQI Corp.

Approved as to form this 28th day of March, 2010.

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

*Peter Oppeneer*　　　　　　　　　　　　3/29/11
Peter Oppeneer　　　　　　　　　　　　Date
Clerk of Court