# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SANDISK CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case Nos.: 07-0605-C and |
| PHISON ELECTRONICS CORP. *et al.*, | ) 07-0607-C |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

In light of a confidential settlement agreement executed among the stipulating parties, and pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff SanDisk Corporation ("SanDisk") has agreed to dismiss its complaint and all causes of action as against Defendants Kingston Technology Co., Inc., and Kingston Technology Corp. (collectively "Kingston"), and Kingston has agreed to dismiss its counterclaims against SanDisk. SanDisk and Kingston hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims, counterclaims, and affirmative defenses in the above-entitled action are dismissed with prejudice.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated:   January 3, 2013                                JONES DAY

                                                    By:   */s/  John C. Evans*

                                                          Attorneys for Plaintiff
                                                          SanDisk Corporation


Dated:   January 3, 2013                                FISH & RICHARDSON P.C.

                                                    By:   */s/  David M. Hoffman*

                                                          Attorneys for Defendants
                                                          Kingston Technology Co., Inc.,
                                                          and Kingston Technology Corp

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated:   January ___, 2013

                                          */s/*
                                          The Honorable Barbara B. Crabb
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SANDISK CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHISON ELECTRONICS CORP. *et al.*, )<br>)<br>Defendants. ) | Case Nos.: 07-0605-C and<br>07-0607-C |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3d day of January 2013, a copy of the following document:

**STIPULATED DISMISSAL WITH PREJUDICE**

was served by means of the court's CM/ECF system on counsel of record.

Dated: January 3, 2012

JONES DAY

By: */s/ John C. Evans*

Attorneys for Plaintiff
SanDisk Corporation